"A"

In the United States District Court

For the District of Rhode Island
(Form mailed Providence, 2005)

Peter Leblanc Pro Se
ACI Cranston RI 02920
ID # 54509 Segregation K 4 B

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

CA 05 294 ML

v.-

Civil Action No. P1/88-2896B

State of Rhode Island
AT WAM ET AL Director ACI
Robert J Cosentino Esq

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes /✓/ No /_/

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: Same

Defendants: Same

2. Court /if federal court, name the district; if state court, name the county/: US Dist for RI

3. Docket number: 456

4. Name judge to whom case was assigned: JUSTICE DAVID L MARTIN

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: I BELIEVED DISMISSED

6. Approximate date of filing law suit: OCT 2004

7. Approximate date of disposition: OCT 2004

II. Place of Present Confinement: ACI CRANSTON RI NOT DUE TO THIS ACTION

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?
Yes /✓/ No / /

B. If your answer is YES:

1. What steps dis you take? Filed A Complaint

2. What was the resul:? No ANSWER

C. If your answer is NO, explain why not: Unknown

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff PETER LEBLANC

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant ASHBELL T. WALL is employed as DIRECTOR ADULT CORRECTIONAL INSTITUTION at CRANSTON RI

C. Additional Defendants: ROBERT J. COSENTINO ET AL

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

I believe that Justice (Late) Needham errored
more than described in State v. LeBlanc 687 A2d 456
I also believe I was given ineffective assistance
of counsel by Robert J Cosentino.
Denied post conviction counsel I was forced
to proceed pro se at my own peril, however
the RI Supreme Court did not publish its
decision and left many unanswered questions
Further attorney Cosentino demonstrated his defectiveness under my
questioning of him on the stand in open court.

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

Simply review all the material transcripts
briefs etc. If I am victorious remove the
conviction from my record so I may
persue a civil law suit against
the liable parties. The RI Supreme Ct
used State v. Delomba re: use immunity issue
I feel State v. Beggins is more consistant
with Flint v Mullen I & II Stat must
provide immunity not def attorney. Also
no in court record of advisement

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 22nd day of MAY 2005,

Pete LeBlanc

/Signature of plaintiff or plaintiffs/

VERIFICATION

State of RHODE ISLAND )
)
County of PROVIDENCE )

PETER LEBLANC, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

Pete LeBlanc
/Signature of plaintiff

Subscribed and sworn to before

me this 22 day of MAY,

2005.

/Notary Public or other person authorized by law to administer an oath/

I CERTIFY UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON THIS 22 DAY OF MAY 2005 PURSUANT TO USCA 1746 B I AM IN SEGREGATION AND CANNOT SEE A NOTARY BUT SEE JUSTICE TORRES IN THE MATTER OF 05-196-T OF INDIGENCY STATUS MAY 9, 2005