AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of ______________ CA 05 294 ML

PETER LEBLANC
ACI CRANSTON RI
Plaintiff

V.

AT WALL ET AL
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

PRIOR P1/88-2896B
2004 US DIST. LEXIS 23142

CASE NUMBER:

I, Peter LeBlanc declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ACI CRANSTON RI

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☑ No

If "Yes," state the total amount. ______________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

STATE OF RI

SEE

I declare under penalty of perjury that the above information is true and correct.

June 23, 05
Date

[signature]
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 JUL -6 A 10: 24
FILED

Rhode Island Departement of Corrections

Inmate Account History

ID#: 84509

Name: LEBLANC, PETER

Date of birth: 1963-10-08

Location: ISC - K - 04B

| Balances as of 6/23/2005: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 6.31 | 0.00 | 4.75 | 11.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/12/2005 | EPR | OID:100410261-ComisaryPurch-Reg | -32.23 | 51.31 | 0.00 | 0.00 |
| 4/13/2005 | EPR | OID:100412191-ComisaryPurch-Reg | -6.65 | 44.66 | 0.00 | 0.00 |
| 4/17/2005 | ERF | OID:100410261-ComisaryRefund-Reg | 4.25 | 48.91 | 0.00 | 0.00 |
| 4/26/2005 | EPR | OID:100414939-ComisaryPurch-Reg | -17.56 | 31.35 | 0.00 | 0.00 |
| 4/27/2005 | EPR | OID:100417051-ComisaryPurch-Reg | -7.00 | 24.35 | 0.00 | 0.00 |
| 5/3/2005 | EPR | OID:100417393-ComisaryPurch-Reg | -2.30 | 22.05 | 0.00 | 0.00 |
| 5/10/2005 | EPR | OID:100419791-ComisaryPurch-Reg | -3.87 | 18.18 | 0.00 | 0.00 |
| [illegible]/2005 | <LEGAL COPY> | LEGAL COPIES 4-04 LAW LIBR | -3.90 | 14.28 | -3.90 | 0.00 |
| 5/13/2005 | LEGAL COPY | LEGAL COPIES 4-04 LAW LIBR | 3.90 | 14.28 | 0.00 | 0.00 |
| 5/14/2005 | ERF | OID:100419791-ComisaryRefund-Reg | 3.87 | 18.15 | 0.00 | 0.00 |
| 5/26/2005 | PAYROLL INTAKE | LAW CLERK | 19.00 | 32.40 | 0.00 | 4.75 |
| 5/29/2005 | EPR | OID:100428620-ComisaryPurch-Reg | -5.14 | 27.26 | 0.00 | 4.75 |
| 6/7/2005 | EPR | OID:100428952-ComisaryPurch-Reg | -1.28 | 25.98 | 0.00 | 4.75 |
| 6/9/2005 | CHECK TRANSFER | US DIST CT/PETER LEBLANC #84509 | -5.00 | 20.98 | 0.00 | 4.75 |
| 6/21/2005 | EPR | OID:100434249-ComisaryPurch-Reg | -5.07 | 15.91 | 0.00 | 4.75 |
| 6/22/2005 | EPR | OID:100436133-ComisaryPurch-Reg | -9.60 | 6.31 | 0.00 | 4.75 |

SEE ALSO
CA 05-196 T
PETER LEBLANC
V
AT WALL ETAL C.J. TORRES

POSSIBLE
JUDICIAL NOTICE
OF IN FORMA
PAUPERIS

Due to computer posting the 'Balances as of 6/23/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.



25920P01-00002 rev 20041014

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PETER LEBLANC**

**v.** **C.A. No. 05 - 196 T**

**A.T. WALL, et al.**

***** MEMORANDUM AND ORDER *****

Plaintiff Peter LeBlanc, (*pro se*,) a prisoner confined at the Rhode Island Department of Corrections, has filed a Complaint together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint on May 9, 2005. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a copy of his prison trust account statement in support of his request to proceed in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall submit, within twenty days of the date of this order:

1. A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or **from November 8, 2004 to May 8, 2005. Said copy must show the credit to, and the monthly balances therein.**

Failure to comply with this order will result in a dismissal of this action.

IT IS SO ORDERED.

Jacob Hagopian
United States Magistrate Judge
Date: 17 May 04