**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PETER LEBLANC**

**v.** **C.A. No. 05-294 ML**

**A.T. WALL**, Director, Rhode Island
Department of Corrections

**ORDER**

Mr. Peter LeBlanc ("LeBlanc"), *pro se*, filed with the Court what appears to be a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 1997 conviction. However, this Court is unsure as to Mr. LeBlanc's particular claims, in part because he has not filed his claims on the habeas corpus forms on file with the Clerk's Office.

Accordingly, the Clerk of Court is hereby **ORDERED** to furnish Mr. LeBlanc with a copy of the appropriate habeas corpus forms for a person in custody pursuant to a judgment of a state court. Mr. LeBlanc is directed to complete the forms and return them to the Clerk of Court forthwith.

**IT IS SO ORDERED**.

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
July 25 , 2005