# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| United States District Court | District RHODE ISLAND |
| Name (under which you were convicted): PETER LEBLANC | Docket or Case No.: 05-294 ML |
| Place of Confinement: ACI CRANSTON RI 02920 | Prisoner No.: 84509 |
| Petitioner (include the name under which you were convicted) PETER LEBLANC | Respondent (authorized person having custody of petitioner) v. A.T. WALL ET AL ROBERT J. COSTINO ESQ |
| The Attorney General of the State of PATRICK LYNCH RHODE ISLAND | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: RHODE ISLAND SUPREME COURT PROVIDENCE RHODE ISLAND

   (b) Criminal docket or case number (if you know): P1-88-2896-B

2. (a) Date of the judgment of conviction (if you know): ?

   (b) Date of sentencing: OCTOBER 1995

3. Length of sentence: 3 YRS

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐ No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: POSSESSION CONTROLLED SUBSTANCE

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐ Judge only ☒

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: PROVIDENCE SUPERIOR COURT

(b) Docket or case number (if you know): ?

(c) Result: DENIED

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL

(g) Did you seek further review by a higher state court? Yes ☒ No ☐

If yes, answer the following:

(1) Name of court: RHODE ISLAND SUPREME COURT

(2) Docket or case number (if you know):

(3) Result: DENIED / UNPUBLISHED DECISION

(4) Date of result (if you know):

(5) Citation to the case (if you know): 97-601

(6) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL, DENIED USE IMMUNITY, DENIED POST CONVICTION ASSISTANCE OF COUNSEL, DID NOT VIEW OR RECEIVE COPY OF PSI REPORT

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: ______________________________________________

______________________________________________

(3) Date of result (if you know): ______________________________

(4) Citation to the case (if you know): ____________________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______________________________________

(2) Docket or case number (if you know): __________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒

(7) Result: ______________________________________________

(8) Date of result (if you know): ______________________________

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______________________________________

(2) Docket or case number (if you know): __________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒

(7) Result: ______

(8) Date of result (if you know): ______

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☒ No ☐

(3) Third petition: Yes ☐ No ☒

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

ATTORNEY ROBERT J. COSENTINO WAS DEFECTIVE IN HIS HANDLING OF SAID CASE, DID NOT ADVISE HIS CLIENT OF ALL HIS legal OPTIONS, VIOLATED ATTORNEY CLIENT PRIVILAGE, DID NOT RESPOND TO WRITTEN REQUEST OF HIS CLIENT, SEE PETITIONERS PRO SE BRIEF TO RI SUPREME COURT ON SAME

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: POST CONVICTION APPLICATION

Name and location of the court where the motion or petition was filed: PROVIDENCE SUPERIOR COURT

Docket or case number (if you know): ______

Date of the court's decision: DENIED

Result (attach a copy of the court's opinion or order, if available): UNAVAILABLE

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: RHODE ISLAND SUPREME COURT

Docket or case number (if you know): ______

Date of the court's decision: NOT PUBLISHED

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ______

GROUND TWO: STATE STATUTES, RULES DENY PROBATIONERS RIGHT TO EFFECTIVE, TIMELY REPRESENTATION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
PURSUANT TO RELAVENT RECORD, AND CASE LAW, YOUR PETITIONER STATES THAT HE WAS DENIED EFFECTIVE REPRESENTATION AND CONTROLLING STATE LAW IS NOT IN SPIRIT OF FEDERAL DECISIONS REGARDING "USE IMMUNITY" (ADVISEMENT OF SAME)

______________________________________________

______________________________________________

______________________________________________

(b) If you did not exhaust your state remedies on Ground Two, explain why: ______________

______________________________________________

______________________________________________

______________________________________________

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________________________

______________________________________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________

______________________________________________

Docket or case number (if you know): Unknown

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

______________________________________________

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

______

______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

______

______

______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ______

______

______

______

**GROUND THREE:** ______

______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______

______

______

______

______

______

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

______

______

______

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: ______

______

______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: STATE POST-CONVICTION APPLICATION

Name and location of the court where the motion or petition was filed: PROV. SUPERIOR COURT

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): DENIED

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: R I SUPREME COURT

Docket or case number (if you know): UNPUBLISHED

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ______

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ____________________

____________________

____________________

IN FORMA PAUPERIS DECLARATION

____________________

[Insert appropriate court]

* * * * *