**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PETER LEBLANC**

**v.** **C.A. No. 05-294 ML**

**ASHBEL T. WALL**, Director of the
Rhode Island Department of Corrections

**ORDER**

The Attorney General of the State of Rhode Island is hereby designated a party respondent in the above entitled habeas corpus proceeding. The Attorney General is hereby directed to file a response to the petitioner's habeas application within 20 days of the date of this Order.

**IT IS SO ORDERED.**

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
September 6, 2005