UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PETER LEBLANC

v. C.A. 04-296ML

STATE OF RHODE ISLAND, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin filed on October 19, 2004 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Petitioner's Writ of Habeas Corpus under 28 U.S.C. § 2254 is hereby DISMISSED.

BY ORDER:

Mary M. Lisi

Mary M. Lisi
U.S. District Judge
November 16, 2004

Entered as an Order of this Court on November 16, 2004

Barbara Barletta

Deputy Clerk

14