UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

PETER LEBLANC
V
A.T. WALL DIRECTOR
RI DOC

CA NO 05-294 ML

OBJECTION TO
STATES MOTION TO
DISMISS

THE PETITIONER PETER LEBLANC WITHOUT ASSISTANCE OF COUNSEL, COMPUTERIZED RESEARCH, OR OTHER SUCH HELP OBJECTS TO THE STATE'S MOTION TO DISMISS FOR THE FOLLOWING:

1). THAT THE STATE WOULD HAVE THIS COURT DISMISS THE INSTANT MATTER CITING VARIOUS BAR WHETHER BY TIME, SUCCESSIVE PETITIONS ETC. ~ VIOLATIONS OF LAW.

2) IT IS FOR THAT VERY REASON THAT THIS COURT SHOULD HEAR THE MERITS OF THIS CLAIM.

AS ITS YOUR PETITIONERS CONTENTION THAT HE [WAS] DENIED THE RIGHTS, PROTECTIONS, AND OTHER LEAGAL OPTIONS HE WAS ENTITLED.

FURTHER WHAT NEED THEN WOULD THERE BE FOR REVIEW IF ONE CAN SIMPLY DENY A PERSON CERTAIN RIGHTS, AND THEN PRECLUDE HIM FROM REVIEW?

THE FACTS ARE THAT PETITIONER WAS DENIED EFFECTIVE ASSISTANCE, RIGHT TO POST CONVICTION COUNSEL, RIGHT TO VIEW OR RECIEVE A COPY OF HIS PRE-SENTENCE REPORT, ADVISEMENT OF RIGHT TO USE IMMUNITY, NOT NOTICED OF HIS VIOLATION PURSUANT TO RI CRIM RULE 32(f) AND STATE V. LANNIGAN 335 A2d 917, STATE V. BEGGINS 514 A2d 719

MOREOVER THE PAWTUCKET POLICE DETECTIVE LT. MICHAEL BERGERON HAS SUBSEQUENTLY LOST HIS JOB IN THE WAKE OF A CRIMINAL INVESTIGATION...

IT WAS THIS OFFICER WHO LED THE INVESTIGATION IN THIS MATTER, ALSO, THE FACT THAT FALSE TESTIMONY AND THE LACK OF DEFENSE COUNSEL TO PROVIDE THE COURT WITH THE TOTAL AVAILABLE FACTS, ALLOWED THE COURTS TO COMPOUND THE MATTER WITH ADVERSE DECISIONS. FACTS CANNOT BE MISCONSTRUED OR OVERLOOKED IF THEY ARE NOT FIRST SUBMITTED (EMPHASIS).

HOWEVER THIS PETITION NEED BE TREATED, THE FURTHERANCE OF JUSTICE WOULD REQUIRE THAT THESE SERIOUS ISSUES BE ADDRESSED. IF NEED BE, SUBMITTED TO THE FIRST CIRCUIT AS AN APPEAL FOR REDRESS.

I AM WITHOUT COUNSEL, COMPUTERIZED RESEARCH, OR OTHER SUCH HELP. PLEASE DO NOT SWEEP THESE ISSUES UNDER A RUG OF TECHNICALITIES.

RESPECTFULLY SUBMITTED.



Pete LeBlanc PRO SE
ACI CRANSTON RI 02920
ID # 84509