UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PETER LEBLANC

v. C.A. 05-294ML

A.T. WALL, Director of the
Rhode Island Department of Corrections

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian filed on October 19, 2005 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Respondent's Motion to Dismiss is hereby GRANTED and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is hereby DISMISSED.

BY ORDER:

Mary M. Lisi

Mary M. Lisi
U.S. District Judge
November 10 , 2005

Entered as an Order of this Court on November 14 , 2005

Barbara Barletta
Deputy Clerk