# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**PETER LEBLANC**

**v.**

**C.A. NO: 05-294ML**

**A. T. WALL, Director of the**
**Rhode Island Department of Corrections**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, A. T. Wall, in his capacity as Director of the Rhode Island Department of Corrections, against the plaintiff, Peter LeBlanc, pursuant to the Order dated November 10, 2005 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian pursuant to Title 28 U.S.C. § 636(b)(1) GRANTING the defendant's Motion to Dismiss.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: November 14, 2005**