UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**PETER LEBLANC**

**V.** **C.A.NO 05-294 ML**

**ASHBEL T. WALL**, Director
RI Department of Corrections

***** NOTICE *****

Now comes the petitioner, Peter LeBlanc, and in response to this Court's "Report and Recomendation" for timely answer petitioner states the following:

1. That said report and recomendation has been in transit via the ACI mail system and was not received until recently.

2. A copy of said correspondence as received is attached hereto.

3. Petitioner attaches his response accordingly as would normally have effect.

Respectfully Submitted

Peter LeBlanc pro se
ACI Cranston R.I. 02920
ID# 84509