UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
:OVIDENCE, RHODE ISLAND 02903-1779

OFFICIAL BUSINESS

Hasler

0121116...

$00.370

10/19/2005

Mailed From

US POSTAGE

Notify

KOHB

MED

EMODR

213

02920-0249-49

RECEIVED 11-17-05